UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-14230-CV-MIDDLEBROOKS/MAYNARD

JOVANNA BASTIEN,

        Plaintiff,

vs.

NBCUNIVERSAL MEDIA, LLC, *et al.*,

        Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal with Prejudice, filed on July 31, 2020. (DE 11). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have served neither.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. This case is **DISMISSED WITH PREJUDICE.**
2. The Clerk of Court shall **CLOSE THIS CASE.**
3. The Clerk shall also **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers at West Palm Beach, Florida, this 3rd day of August, 2020.

Donald M. Middlebrooks
United States District Judge